# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOUIS GRAY and SHARON GRAY, husband and wife, on behalf of their minor child, DAVID GRAY, | ) ) ) ) Case No. 8:05CV438 |
| Plaintiffs, | ) ) ) |
| vs. | ) **ORDER GRANTING** ) **MOTION TO WITHDRAW** ) ) |
| ROYAL CONSUMER INFORMATION PRODUCTS, INC., a Delaware Corporation; STAUBITZ DESIGN ASSOCIATES, a Connecticut Corporation; THE INTERNATIONAL GROUP OF COMPANIES, an Illinois Corporation; INTERNATIONAL SALES, INC., an Illinois Corporation; SAM'S WEST, INC., an Arkansas Corporation and WAL-MART STORES, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

This matter comes before the Court on the Motion of George E. Martin, III and Spencer Fane Britt & Browne LLP law firm requesting an Order allowing them to withdraw as counsel of record for Wal-Mart Stores, Inc., and Sam's West, Inc. (Filing No. 31). Substitute counsel has entered an appearance.

This matter having been duly considered and good cause shown, the Court hereby grants the request of George E. Martin, III and Spencer Fane Britt & Browne LLP law firm to withdraw as counsel for Wal-Mart Stores, Inc. and Sam's West, Inc., effective immediately.

**DATED November 21, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**