**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **LOUIS GRAY, and SHARON GRAY,** Husband and wife, on behalf of their minor child David Gray, and **DAVID GRAY,** by and through Louis and Sharon Gray,<br><br>    Plaintiffs,<br><br>    v.<br><br>**ROYAL CONSUMER INFORMATION PRODUCTS, INC.,** a Delaware corporation, **STAUBITZ DESIGN ASSOCIATES,** a Connecticut corporation, **INTERNATIONAL GROUP OF COMPANIES,** an Illinois corporation, **INTERNATIONAL SALES, INC.,** an Illinois corporation, **SAM'S WEST, INC.,** an Arkansas corporation, and **WAL-MART STORES, INC.,** a Delaware corporation,<br><br>    Defendants. | Case No. 8:05CV438<br><br><br><br><br>**ORDER DISMISSING DEFENDANT STAUBITZ DESIGN ASSOCIATES** |

This matter is before the Court on the Stipulation for Dismissal of Defendant Staubitz Design Associates, only. The Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and I find that it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal of Defendant Staubitz Design Associates only (Filing No. 35) is approved, and the relief requested therein is granted;

2. All claims against Defendant Staubitz Design Associates are dismissed without prejudice; and

3. The parties shall bear their own costs and attorney's fees.

DATED this 19th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge