IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOUIS GRAY and SHARON GRAY, husband and wife, on behalf of their minor child, DAVID GRAY,<br><br>Plaintiffs,<br><br>vs.<br><br>ROYAL CONSUMER INFORMATION PRODUCTS, INC., a Delaware corporation; THE INTERNATIONAL GROUP OF COMPANIES, an Illinois corporation; INTERNATIONAL SALES, INC., an Illinois corporation; SAM'S WEST, INC., an Arkansas corporation and WAL-MART STORES, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 8:05CV438<br><br><br><br><br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Joint Stipulation and Motion for Dismissal with Prejudice. The Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and I find that it should be approved. Accordingly:

IT IS ORDERED:

1. The Joint Stipulation and Motion for Dismissal (Filing No. 52) is approved, and the relief requested therein is granted;

2. The Complaint and all claims, including all cross-claims, against Defendants Royal Consumer Information Products, Inc., Sam's West, Inc., Wal-Mart Stores, Inc., The International Group of Companies, and International Sales, Inc., are dismissed with prejudice; and

3. The parties shall bear their own costs and attorney's fees.

Dated this 22nd day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United State District Judge